UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE HARRIS; OUDY WALL; and MARIA REYES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; ERIC GARCETTI, in his official capacity as Mayor of Los Angeles; CITY OF LOS ANGELES, a public entity; CITY OF INGLEWOOD, a public entity; CITY OF CARSON, a public entity; CITY OF HAWTHORNE, a public entity; CITY OF GARDENA, a public entity; CITY OF TORRANCE, a public entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  17-cv-08293-ODW(AGRx)<br><br>**ORDER DISMISSING DEFENDANT MAYOR ERIC GARCETTI** |

# ORDER

Good cause appearing, the Stipulation of the parties is adopted as an Order of this Court.  Pursuant thereto, Defendant Mayor Eric Garcetti is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:   April 3, 2018

_____
Honorable Otis D. Wright II